**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Kimberly Frakes,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-03727** |
| | § | |
| **Lincoln Life Assurance Company of Boston; Lincoln Financial Group A.K.A. and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; SavaSeniorCare Administrative Services,** | ) | |
| | § | |
| **Defendants.** | § | |

**<u>JOINT MOTION TO EXTEND DEADLINES AND CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE</u>**

Plaintiff Kimberly Frakes, Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company,[1] and Defendant SavaSeniorCare Administrative Services, by and through their respective counsel, file this Joint Motion to Extend Deadlines and Continue Initial Pretrial and Scheduling Conference and request the Court to extend the deadline for all Defendants to answer or otherwise plead and to continue the November 20, 2025, Rule 16 Conference and related deadlines. In support thereof, the Parties would show unto the Court as follows:

[1] The correct name of the Lincoln Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company (incorrectly named in the Complaint as "The Lincoln National Life Insurance Company Disability and Life Claims") was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant disability insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group" as that is the marketing name for Lincoln National Corporation and its affiliates. Accordingly, "The Lincoln National Life Insurance Company" is the correct name of the Defendant in this action.

1. On August 8, 2025, Plaintiff filed a Complaint in the above-referenced action. Each of the Defendants were served with a Waiver of Service dated August 28, 2025, and must file their responsive pleadings to Plaintiff's Complaint by October 27, 2025.

2. The Parties are discussing a resolution to the matter. Progress has been made, but these discussions have not yet been completed. Accordingly, the parties request that the Court extend Defendants' answer deadline by 30 days, until November 26, 2025, so the parties can fully explore settlement options without incurring the time and expense required for the parties' counsel to prepare responsive pleadings.

3. Additionally, on August 11, 2025, the Court entered an Order Scheduling the Rule 16 Conference With the Court and Setting Out the Court's Requirements for Initial Pretrial Work (Dkt 3). Pursuant to that Order, the Parties must attend the Initial Pretrial and Scheduling Conference on November 20, 2025, and file a Joint Discovery/Case Management Plan and proposed Joint Scheduling and Docket Control Order not later than 14 days before the Conference. Accordingly, as the report deadline and conference date both fall prior to the extended answer deadline requested herein, the Parties also request that the Court enter an Order rescheduling the Rule 16 Conference and related deadlines to a date after November 26, 2025.

4. The Parties have not requested any previous extensions of time in this case.

5. This Joint Motion to Extend Deadlines and Continue the Initial Pretrial and Scheduling Conference is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request that the Court enter an order that Defendants shall have until and including November 26, 2025, to answer or otherwise respond to Plaintiff's Complaint and resetting the Rule 16 Conference and related deadlines.

Dated this 23rd day of October 2025.

Respectfully submitted,

By: /s/ Mark A. DiCarlo (w/permission)
Mark A. DiCarlo
MARK A. DICARLO, PLLC
La Solana Building
722 Elizabeth St.
Corpus Christi, TX 78404
PH: (361) 888-6968
FX: (361) 887-6410
Email: mark@markdicarlo.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANTS LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, LINCOLN FINANCIAL GROUP, AND THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

- AND -

By: /s/ Linda P. Wills
Linda P. Wills
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Main: (713) 353.2000 (Main)
Fax: (713) 785.7780 (Fax)
Email: linda.wills@wilsonelser.com

ATTORNEY FOR DEFENDANT SAVASENIORCARE

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Mark A. Di Carlo
Email: mark@markdicarlo.com

October 23, 2025
Date

/s/ Iwana Rademaekers
Iwana Rademaekers