**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Kimberly Frakes,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-03727** |
| | § | |
| **Lincoln Life Assurance Company of Boston; Lincoln Financial Group A.K.A. and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; SavaSeniorCare Administrative Services,** | ) ) ) ) ) ) | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

On this day, the Court considered the Joint Motion to Extend Deadlines and Continue Initial Pretrial and Scheduling Conference. Having considered the Motion and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that the Joint Motion to Extend Deadlines and Continue Initial Pretrial and Scheduling Conference is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Defendants have until and including November 26, 2025, to respond to Plaintiff's Complaint in the above-styled action. It is also

**ORDERED** that the Initial Pretrial and Scheduling Conference is reset to take place by Video on ______________, 202_, at _______ _.M. before Judge Lee H. Rosenthal.

**SIGNED** this ______ day of ___________________, 2025.

_________________________________
UNITED STATES DISTRICT JUDGE