United States District Court
Southern District of Texas
**ENTERED**
October 29, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **Kimberly Frakes,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-03727** |
| | § | |
| **Lincoln Life Assurance Company of Boston; Lincoln Financial Group A.K.A. and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; SavaSeniorCare Administrative Services,** | ) ) ) ) ) ) | |
| | § | |
| **Defendants.** | § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES AND CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

The parties filed a Joint Motion to Extend Deadlines and Continue Initial Pretrial and Scheduling Conference. (Docket Entry No. 4). After consideration of the motion and the applicable law, the motion is granted. The defendants have until and including November 26, 2025, to respond to Plaintiff's Complaint. The Initial Pretrial and Scheduling Conference is reset to December 30, 2025, at 11:10 a.m., by video.

Signed on October 29, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge