**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **KIMBERLY FRAKES**<br>***Plaintiff,***<br><br>**v.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; LINCOLN FINANCIAL GROUP, A.K.A. AND D.B.A. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY DISABILITY AND LIFE CLAIMS; SAVASENIORCARE ADMINISTRATIVE SERVICES LLC**<br>***Defendants.*** | **C.A. No. 4:25-cv-03727** |

**DEFENDANT'S RULE 7.1 DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties, Defendant SavaSeniorCare Administrative and Consulting Services LLC f/k/a SavaSeniorCare Administrative Services LLC ("Defendant") hereby designates the following parties who are financially interested in the outcome of this litigation:

1. Kimberly Frakes (Plaintiff);
2. Lincoln Life Assurance Company of Boston ("Defendant");
3. Lincoln Financial Group; A.K.A. and D.B.A. The Lincoln National Life Insurance Company Disability And Life Claims (Defendant);
4. SavaSeniorCare Administrative and Consulting Services LLC *f/k/a* SavaSeniorCare Administrative Services LLC ("Defendant");
5. Mark Anthony Di Carlo, Attorney at Law (Counsel for Plaintiff);

6. Iwana Rademaekers, Law Offices of Iwana Rademaekers, P.C. (Counsel for Defendants Lincoln Life Assurance Company of Boston, Lincoln Financial Group, and The Lincoln National Life Insurance Company)

7. LINDA P. WILLS, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP (Counsel for Defendant SavaSeniorCare Administrative and Consulting Services LLC f/k/a SavaSeniorCare Administrative Services LLC).

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By: */s/ Linda P. Wills*
Linda P. Wills
Texas Bar No. 21661400
Federal I.D. No. 12566
909 Fannin, Suite 3300
Houston, Texas 77010
Telephone: 713-353-2000
Telecopy: 713-785-7780
Linda.Wills@WilsonElser.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT SAVASENIORCARE ADMINISTRATIVE AND CONSULTING SERVICES LLC F/K/A SAVASENIORCARE ADMINISTRATIVE SERVICES LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was delivered to all counsel of record in accordance with the Federal Rules of Civil Procedure on November 25, 2025.

*/s/ Linda P. Wills*
Linda P. Wills