**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Kimberly Frakes,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-03727** |
| | § | |
| **Lincoln Life Assurance Company of Boston; Lincoln Financial Group A.K.A. and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; SavaSeniorCare Administrative Services,** | ) | |
| | § | |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE**

Iwana Rademaekers of the Law Offices of Iwana Rademaekers, P.C., hereby enters her appearance as additional counsel of record for Defendant, SavaSeniorCare Administrative and Consulting LLC f/k/a SavaSeniorCare Administrative Services LLC, in the referenced matter.

Dated this 25th day of November 2025.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Mark A. Di Carlo
Email: mark@markdicarlo.com

Linda P. Wills
Email: linda.wills@wilsonelser.com

November 25, 2025
Date

/s/ Iwana Rademaekers
Iwana Rademaekers