**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Kimberly Frakes,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-03727** |
| | § | |
| **Lincoln Life Assurance Company of Boston; Lincoln Financial Group A.K.A. and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; SavaSeniorCare Administrative Services,** | ) | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS LINCOLN LIFE ASSURANCE COMPANY OF BOSTON AND THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company[1] file this Disclosure Statement and Certificate of Interested Persons, pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. **Lincoln Life Assurance Company of Boston** has merged with, and is now known as, **The Lincoln National Life Insurance Company**, an Indiana insurance company.
2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

[1] The correct name of the Lincoln Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company (incorrectly named in the Complaint as "The Lincoln National Life Insurance Company Disability and Life Claims") was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant disability insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. There is no entity named "Lincoln Financial Group" as that is the marketing name for Lincoln National Corporation and its affiliates. Accordingly, "The Lincoln National Life Insurance Company" is the correct name of the Defendant in this action.

**Certificate of Interested Persons**

The undersigned counsel of record states to the best of her knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities who or that are financially interested in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. SavaSeniorCare Administrative and Consulting LLC
4. Kimberly Frakes
5. Law Offices of Iwana Rademaekers, P.C.
6. Wilson, Elser, Moskowitz, Edelman & Dicker LLP
7. Mark A. Di Carlo, PLLC

Dated this 25th day of November 2025.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Mark A. Di Carlo
Email: mark@markdicarlo.com

Linda P. Wills
Email: linda.wills@wilsonelser.com

November 25, 2025 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers