**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Kimberly Frakes,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-03727** |
| | § | |
| **Lincoln Life Assurance Company of Boston; Lincoln Financial Group A.K.A. and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; SavaSeniorCare Administrative Services,** | § § | |
| **Defendants.** | § | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Court's Order for Conference and Disclosure of Interested Parties, and Plaintiff, Kimberly Frakes, hereby designate the following parties who are financially interesed in the outcome of this litigation:

1. Kimberby Frakes (Plaintiff);
2. Lincoln Life Assurance Company of Boston (Defendant);
3. Lincoln Financial Group; A.K.A. and D.B.A. The Lincoln National Life Insurance company Disability and Life Claims (Defendant);
4. SavaSeniorCare Administrative and Consulting Services LLC *f/k/a* SavaSeniorCare Administrative Services LLC (Defendant);
5. Mark Anthony Di Carlo, Attorney at Law (Counsel for Plaintiff); Mark A. Di Carlo, PLLC

## Certificate of Interested Persons

The undersigned counsel of record states to the best of her knowledge that the following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities who or that are financially interested in the outcome of this case:

1. Lincoln National Corporation
2. The Lincoln National Life Insurance Company
3. SavaSeniorCare Administrative and Consulting LLC
4. Kimberly Frakes
5. Law Offices of Iwana Rademaekers, P.C.
6. Wilson, Elser, Moskowitz, Edelman & Dicker LLP
7. Mark A. Di Carlo, PLLC

Dated this 25th day of November 2025.

Respectfully submitted,

By: /s/ Mark A. Di Carlo

Mark A. Di Carlo, Attorney at Law
Mark A. Di Carlo, PLLC
722 Elizabeth St.
Corpus Christi, TX 78404
Telephone: 361-888-6968
Fax: 361-887-6410
Email: markdicarlo722@gmail.com
SBN: 05812510
FBN: 6839

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Iwana Rademaekers
Law Offices of Iwana Rademaekers, P.C.
17304 Preston Rd.
Suite 800
Dallas, TX 75252
214-579-9319
Fax: 469-444-6456
Email: iwana@rademaekerslaw.com

Linda P. Wills
Wilson Elser et al
900 Fannin Street
Ste 3300
Houston, TX 77010
713-353-2022
Fax: 713-785-7785
email: linda.wills@wilsonelser.com

November 25, 2025
Date

*/s/Mark A. Di Carlo*

Mark A. Di Carlo, Attorney at Law
Mark A. Di Carlo, PLLC
722 Elizabeth St.
Corpus Christi, TX 78404
Telephone: 361-888-6968
Fax: 361-887-6410
Email:
markadicarlo722@gmail.com