**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Kimberly Frakes

v. Case Number: 4:25−cv−03727

Lincoln Life Assurance Company of
Boston, et al.

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/29/2025

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: December 24, 2025 Nathan Ochsner, Clerk