IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kimberly Frakes | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **4:25-CV-03727** |
| | § | |
| Lincoln Life Assurance Company of Boston; | § | |
| | § | |
| Lincoln Financial Group; | § | |
| A.K.A and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; | § | |
| SavaSeniorCareAdministrative Services | | |

PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE

1. The deadline for mediation in this case is February 27, 2026.

2. Mediation was scheduled on February 18, 2026, with Attorney Craig Henderson.

3. A good cause exists for the continuation. The Plaintiff Kimberly Frakes had a laminectomy two weeks ago, around February 4, 2026, and was unable to attend the mediation due to health issues on February 18, 2026.

5. The earliest counsel could reschedule the mediation with the schedule of opposing counsel Iwana Rademaekers, the mediator, and the improvement of the health of the client is March 23, 2026. The mediation is set for that date, March 23, 2026.

6. The court set the following dates for the docket control order.

February 27, 2026: Mediation must be completed.

March 20, 2026: Defendant's summary judgment motion due.

April 17, 2026: Plaintiff's response and cross-motion for summary judgment due.

May 1, 2026: Defendant's response to Plaintiff's cross-motion for summary judgment due.

7. The Plaintiff conferred with opposing counsel regarding deadlines that would not conflict, and reached the following proposed dates with permission of the court:

April 1, 2026: Mediation must be completed.

May 1, 2026 Defendant's Motion for Summary Judgment due;

May 29, 2026 Plaintiff's response and cross motion for summary judgment due;

June 26, 2026, Defendants' Response to Plaintiffs' cross-motion for summary judgment due.

The Defendant's Motion for summary judgment on 05/1/2026; Plaintiff, to accommodate the Plaintiff's health and the schedule of the mediator and the Plaintiffs' Counsel and Defendants' Counsel.

Respectfully submitted,

By: /s/ Mark A. Di Carlo

Mark A. Di Carlo
Attorney at Law
La Solana Building
722 Elizabeth St.
Corpus Christi, TX 78404
(361) 888-6968
FAX (361) 887-6410

markdicarlo722@gmail.com
SBN: 05812510
FBN: 6839

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above-entitled document has been served by electronically filing on the 19th day of February 2026 to the following:

United States District Clerk
U.S. Courthouse
Via Pace

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kimberly Frakes | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **4:25-CV-03727** |
| | § | |
| Lincoln Life Assurance Company of Boston; | § | |
| | § | |
| Lincoln Financial Group; | § | |
| A.K.A and D.B.A. The Lincoln National Life Insurance Company Disability and Life Claims; SavaSeniorCareAdministrative Services | § | |

**ORDER**

On this the ____ day of ____________________, 2026, came to be heard Defendant's Unopposed Motion for Continuance and it appears to the court that this motion should be:

GRANTED: ___________ DENIED: _____________

_____________

JUDGE PRESIDING

The dates for the docket control order are:

April 1, 2026: Mediation must be completed.

May 1, 2026 Defendant's Motion for Summary Judgment due;

May 29, 2026 Plaintiff's response and cross motion for summary judgment due;

June 26, 2026, Defendants' Response to Plaintiffs' cross-motion for summary judgment due.