**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **Kimberly Frakes,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-03727** |
| | § | |
| **Lincoln Life Assurance Company of** | ) | |
| **Boston; Lincoln Financial Group** | ) | |
| **A.K.A. and D.B.A. The Lincoln National** | ) | |
| **Life Insurance Company Disability** | ) | |
| **and Life Claims; SavaSeniorCare** | ) | |
| **Administrative Services,** | ) | |
| | § | |
| **Defendants.** | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Kimberly Frakes and Defendants Lincoln Life Assurance Company of Boston and Lincoln Financial Group a/k/a and d/b/a The Lincoln National Life Insurance Company and Defendant SavaSeniorCare Administrative and Consulting LLC f/k/a SavaSeniorCare Administrative Services LLC file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 24th day of April 2026.

Respectfully submitted,

By: /s/ Mark A. Di Carlo (w/permission)

Mark A. DiCarlo
MARK A. DICARLO, PLLC
La Solana Building
722 Elizabeth St.
Corpus Christi, TX 78404
PH: (361) 888-6968
FX: (361) 887-6410
Email: mark@markdicarlo.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
S.D. of Texas No. 22781
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS

- AND -

Linda P. Wills
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, Texas 77010
Main: (713) 353.2000 (Main)
Fax: (713) 785.7780 (Fax)
Email: linda.wills@wilsonelser.com

ATTORNEY FOR DEFENDANT SAVASENIORCARE ADMINISTRATIVE AND CONSULTING SERVICES LLC F/K/A SAVASENIORCARE ADMINISTRATIVE SERVICES LLC