United States District Court
Southern District of Texas
**ENTERED**
April 27, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **KIMBERLY FRAKES** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 4:25-CV-3727** |
| **vs.** | ) | |
| **LINCOLN LIFE ASSURANCE OF BOSTON et al.,** | ) | |
| ***Defendants.*** | ) | |

**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal with Prejudice filed by the parties, the Court dismisses this action with prejudice. (Docket Entry No. 19). All claims asserted by Kimberly Frakes against Lincoln Life Assurance Company of Boston et al are dismissed with prejudice. Each side will bear its own costs and expenses.

Signed on April 27, 2026.

Lee H. Rosenthal
Senior United States District Judge